UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| REBECCA SAVEAL,<br><br>*Plaintiff,*<br><br>v.<br><br>THE KROGER CO; KROGER TEXAS L.P; and DOES 1-10<br><br>*Defendants.* | CASE NO.<br><br>PLAINTIFF'S FRCP RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Plaintiff Rebecca Saveal, by and through her attorney of record, submits this Disclosure Statement.

1.) Plaintiff is unaware of any funder(s).
2.) Plaintiff is unaware of any funder(s).
3.) Not applicable.

Dated: November 11, 2021      Respectfully Submitted,

/s/Keith Altman
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff Rebecca Saveal*
*(Pro Hac Vice to Be Applied For)*