# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| REBECCA SAVEAL,<br><br>*Plaintiff,*<br><br>v.<br><br>THE KROGER CO; KROGER TEXAS L.P; and DOES 1-10<br><br>*Defendants.* | CASE NO.<br><br>PLAINTIFF'S LOCAL RULE 3.3(a) STATEMENT OF RELATED CASES |

Pursuant to Local Rule 3.3(a), Plaintiff Rebecca Saveal, by and through her attorney of record, hereby certifies that she is unaware of any case related to this case, as defined in Local Rule 3.3(b).

Dated: November 11, 2021    Respectfully Submitted,

/s/Keith Altman
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff Rebecca Saveal*
*(Pro Hac Vice to Be Applied For)*