**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| REBECCA SAVEAL,<br><br>*Plaintiff,*<br><br>v.<br><br>THE KROGER CO; KROGER TEXAS L.P; and DOES 1-10<br><br>*Defendants.* | CASE NO. 3:21-cv-02822<br><br>NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I, Keith Altman, will move this Court pursuant to Rule 83.10(a)(1) of the Local Rules of the United States District Courts for the Northern District of Texas for an order allowing the admission of movant, a member of the firm of The Law Office of Keith Altman and a member in good standing of the bar(s) of the State(s) of California and Michigan, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff Rebecca Saveal. There

are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 13, 2022         Respectfully Submitted,

Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff Rebecca Saveal*
*(Pro Hac Vice to Be Applied For)*