# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| REBECCA SAVEAL,<br><br>*Plaintiff*,<br><br>v.<br><br>THE KROGER CO; KROGER TEXAS L.P; and DOES 1-10<br><br>*Defendants*. | CASE NO. 3:21-cv-02822<br><br>AFFIDAVIT IN SUPPORT MOTION TO ADMIT COUNSEL PRO HAC VICE |

I, Keith Altman, being duly sworn, hereby depose and say as follows:

1. I am a member of The Law Office of Keith Altman.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the State Bars of California (SBN 257309) and Michigan (SBN P81702).

4. As shown in the documents from October 2021 attached hereto, I have been admitted into the United States District Court of Western District of Texas, Austin Division.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have not been convicted of a felony.

7. I have not been censured, suspended, disbarred, or denied admission.

Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the case of <u>Rebecca Saveal v. The Kroger Co, et al.</u> for Plaintiff.

Dated: January 13, 2022        Respectfully Submitted,

Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff Rebecca Saveal
(Pro Hac Vice to Be Applied For)*

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>KEITH L ALTMAN</u>

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Keith L Altman, #257309, was on the **25th** day of **August 2008**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 11th day of January 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Karissa Castro, Deputy Clerk*

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Keith Altman*

was admitted to the practice of law in the courts of the State of Michigan on

*June 21, 2017*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: January 05, 2022

Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Re:   **KEITH ALTMAN**                §
                                      §
                                      §
                                      §

## OATH

I do solemnly [swear or affirm] that I will discharge the duties of attorney and counselor of this court faithfully, that I will demean myself uprightly under the law and the highest ethics of our profession, and that I will support and defend the Constitution of the United States.

10/27/2021
Date

_____
Attorney Signature

P81702
State Bar Number

Keith Altman
Printed Name

33228 West 12 Mile Road, Ste. 375, Farmington Hills, MI 48334
Address                               City, State, Zip Code

516-456-5885
Telephone Number

10/27/2021
DATE

_____
UNITED STATES DISTRICT JUDGE
Eastern District of Michigan
(via phone ???)

*Due to the COVID-19 virus outbreak, you can email the executed oath to austin_attorney_admissions@txwd.uscourts.gov. It not necessary to mail the oath if you email it to the Clerk's Office.



UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS

Jeannette J. Clack, Clerk

501 West 5th Street, Suite 1100
Austin, Texas 78701
512-916-5896

October 18, 2021

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Rd., Ste. 375
Farmington Hills MI 48334

Dear Attorney:

Congratulations!  Your application for admission has been approved.  However, you must be formally sworn-in to the Western District of Texas before you are considered to be admitted. *Our records indicate that you have already submitted your admissions fee.  Therefore, no other fees will be necessary.*

**Residents of the Western District of Texas:**
Upcoming admission ceremony dates are listed below.  *To schedule your appearance, please contact our office at* **austin_attorney_admissions@txwd.uscourts.gov** *as soon as possible but no later than 12:00 p.m. on the MONDAY prior to the ceremony.*  Please contact us for more ceremony dates if these do not fit your schedule.

Due to the COVID-19 virus outbreak ceremonies will be by telephone at 10:00 am.  Please send an email to **austin_attorney_admissions@txwd.uscourts.gov** with your sponsor's name.  An attorney's oath and sponsor form will be sent to you for signatures.  Once received, you will receive an email with further instructions.

**Non-Residents of the Western District of Texas:**
If you are a Non-Resident, you can be sworn in by a U.S. District Court Judge in your district.  Enclosed, please find an order allowing a U.S. District Court Judge in your district to swear you in. Also enclosed please find the attorney's oath, which needs to be executed and returned back to this office **within 90 days**.  Only when the executed oath is received by this office will we enter your name into the roll of admitted attorneys and forward you a certificate of admission. You can email the executed oath to our office at **austin_attorney_admissions@txwd.uscourts.gov** if you don't have access to mail it.  If you have any questions, please do not hesitate to contact us.

Sincerely,

Melissa Hajda

**UPCOMING SCHEDULED CEREMONY DATES FOR RESIDENT ATTORNEYS**
November 18, 2021
December 16. 2021

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED
October 18, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

By: _____ Deputy Clerk

EX PARTE: §
§
**KEITH ALTMAN** §

**ORDER**

On this date came on to be considered the request of counsel for admission to practice in the Western District of Texas and for the administration of the attorney's oath by a United States District Judge other than a Judge of the Western District of Texas. The court, having considered the application and motion, finds that the applicant should be admitted to practice in the Western District of Texas and that the oath should properly be administered by a United States District Judge other than a Judge in the Western District of Texas.

ACCORDINGLY, IT IS ORDERED that the United States District Clerk for the Western District of Texas forward to the applicant the appropriate oath form which contains the attorney's oath and signature blocks for the applicant and for a United States District Judge. Such oath may then be administered by a United States District Judge, the form fully executed and returned by the applicant to the United States District Clerk's Office in Austin, Texas, and upon completion of the requirements the attorney shall be admitted to practice in the United States District Court for the Western District of Texas.

DATED this   18   day of    October   , 20 21 .

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE