# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| REBECCA SAVEAL, *Plaintiff*, v. THE KROGER CO; KROGER TEXAS L.P; and DOES 1-10 *Defendants.* | CASE NO. 3:21-cv-02822 AFFIDAVIT IN SUPPORT MOTION TO ADMIT COUNSEL PRO HAC VICE |

I, Keith Altman, being duly sworn, hereby depose and say as follows:

1. I am a member of The Law Office of Keith Altman.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the State Bars of California (SBN 257309) and Michigan (SBN P81702).

4. As shown in the documents from October 2021 attached hereto, I have been admitted into the United States District Court of Western District of Texas, Austin Division.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have not been convicted of a felony.

7. I have not been censured, suspended, disbarred, or denied admission.

Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the case of <u>Rebecca Saveal v. The Kroger Co, et al.</u> for Plaintiff.

Dated: January 13, 2022          Respectfully Submitted,

*[signature]*

Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff Rebecca Saveal
(Pro Hac Vice to Be Applied For)*