# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

REBECCA SAVEAL
Plaintiff

v.

THE KROGER CO., KROGER TEXAS L.P.,
Defendant

3:21-cv-02822-L
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Kroger Texas L.P. and The Kroger Co.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

The Kroger Co.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Rebecca Saveal, Plaintiff
Keith Altman, The Law Office of Keith Altman, counsel for Plaintiff
The Kroger Co., Defendant
Kroger Texas L.P., Defendant

| | |
|---|---|
| Date: | 3/15/2022 |
| Signature: | *[signature]* |
| Print Name: | David L. Barron |
| Bar Number: | 00798051 |
| Address: | 1717 Main St., Suite 3400 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | 214.462.3000 |
| Fax: | 832.214.3905 |
| E-Mail: | dbarron@cozen.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons