IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **REBECCA SAVEAL,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-02822-L |
| | § | |
| **THE KROGER CO; KROGER** | § | |
| **TEXAS L.P; and DOES 1-10,** | § | |
| | § | |
| **Defendant** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

On behalf of the Defendants THE KROGER CO. and KROGER TEXAS L.P., Nandini Kavuri Sane of Cozen O'Connor, P.C., hereby enters an appearance as an attorney of record in the above-styled matter. Please provide a copy of all future pleadings, orders, correspondence or other communications to the undersigned counsel on behalf of Defendants.

                                                    Respectfully submitted,

                                                    */s/ Nandini K. Sane*
                                                    Nandini K. Sane
                                                    Texas Bar No. 24086821
                                                    **COZEN O'CONNOR, P.C.**
                                                    LyondellBasell Tower
                                                    1221 McKinney, Suite 2900
                                                    Houston, Texas 77010
                                                    Telephone: (832) 214.3962
                                                    Facsimile: (832) 214.3905
                                                    **ATTORNEYS FOR DEFENDANTS**

Kendall Kelly Hayden
Texas Bar No. 24046197
Of Counsel
1717 Main Street, Suite 3400
Dallas, TX 75201
Telephone: (214) 462-3000
Facsimile: (214) 462-3299

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record in this cause via ECF notification system on this March 17, 2022:

*/s/ Nandini K. Sane*
Nandini K. Sane

57001765\1