# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **REBECCA SAVEAL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:21-CV-2822-L** |
| | § | |
| | § | |
| **KROGER TEXAS L.P.; THE KROGER CO.; and DOES 1-10,** | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff's Motion and [Proposed] Order Allowing the Withdrawal of Plaintiff's Counsel (Doc. 12), filed March 14, 2022.  Counsel for Plaintiff, Keith Altman, requests that he be allowed to withdraw as counsel for Plaintiff in this case.  The court determines that the motion should be, and is hereby, **granted.**  Accordingly, the court **allows** Keith Altman and the Law Office of Keith Altman to withdraw as counsel for Plaintiff, and he is relieved of any further obligation to or representation of Plaintiff in this case upon (1) sending Rebecca Saveal a copy of this order by regular and certified mail; (2) e-mailing Rebecca Saveal a copy of this order; and (3) filing documents with the clerk of court to show that steps one and two have been fulfilled.  Once step three has been accomplished, the clerk of court shall terminate Keith Altman of the Law Office of Keith Altman as counsel of record in this action.

This action is **stayed** until **May 16, 2022**, to allow Plaintiff to retain new counsel.  Plaintiff shall retain counsel or notify the court whether she intends to proceed *pro se* by **May 16, 2022.**  If Plaintiff fails to comply with this order, the court will dismiss this action without prejudice for failing to prosecute or comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 17th day of March, 2022.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge