# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| REBECCA SAVEAL, *Plaintiff*, v. THE KROGER CO; KROGER TEXAS L.P; and DOES 1-10 *Defendants*. | CASE NO. 3:21-cv-02822 **CERTIFICATE OF SERVICE** |

**THE UNDERSIGNED HEREBY STATES** that on March 18, 2022, pursuant to the Court's Order [Doc. 17], he caused the Court's Order dated March 17, 2022 [Doc. 17] to be served upon Plaintiff Rebecca Saveal via email and U.S. Certified Mail, Return Receipt Requested, proof of which is attached hereto as *Exhibit A*.

Dated: March 18, 2022        Respectfully Submitted,

Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

# EXHIBIT A

| | |
|---|---|
| **From:** | Michelle Benvenuto |
| **To:** | isa1129bella@yahoo.com |
| **Cc:** | Lori Crusselle; Toni Renee Vierra; Branden Gulla; Keith Altman |
| **Subject:** | Saveal v. Kroger - Attorney Withdrawal Granted |
| **Date:** | Friday, March 18, 2022 9:33:00 AM |
| **Attachments:** | 0017. Order Granting KAL Mtn to Withdraw as Atty.pdf<br>image002.png |

Good Morning Ms. Saveal,

The Court has granted our Motion to Withdraw as your Attorney (see attached). A copy of this Order will also be sent to you via certified mail. As noted in the Order, this action has been stayed until May 16, 2022 to allow for you to retain new counsel or notify the court if you intend to proceed *pro se*.

Have a wonderful weekend.



Michelle Benvenuto
Ligation Paralegal
Direct Phone: (947) 366-0027
Firm Phone: (248) 987-8929
http://www.kaltmanlaw.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom addressed. This message is intended only to be seen by those named. If you have received this email in error, please notify the sender immediately. If you are not the intended recipient, please note that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

K Altman Law
33228 West 12 Mile Road
Ste. 375
Farmington Hills, MI 48334




7019 1120 0002 2442 4191

Rebecca Saveal
704 Westgate Court
Anna, Texas 75409



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ 3.05
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage  $ .53
Total Postage and Fees  $ 7.33

Sent To: Rebecca Saveal
Street and Apt. No., or PO Box No.: 704 Westgate Ct
City, State, ZIP+4®: Anna, TX 75409

find out
approved
withdrawn
Cina

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions