IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **REBECCA SAVEAL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:21-CV-2822-L** |
| | § | |
| **KROGER TEXAS L.P.; THE KROGER CO.; and DOES 1-10,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 2, 2022, Plaintiff Rebecca Saveal ("Ms. Saveal") called the court's staff and left a voicemail concerning the court's previously imposed deadline of May 16, 2022, for Ms. Saveal to find new counsel. *See* Doc. 17. In the voicemail, Ms. Saveal inquired about the possibility of extending the deadline to allow her more time to find new counsel. Accordingly, the court **directs** Ms. Saveal to file a motion requesting an extension of the current May 16, 2022 deadline by **May 10, 2022.** The motion **must** state why the extension is needed and show good cause for extending the current deadline. Defendants are **directed** to file a response, if any, by **May 17, 2022.**

The court further **directs** Ms. Saveal to provide the court with an e-mail address by **May 10, 2022**, because the court has no way of contacting Ms. Saveal, except by regular mail.

**It is so ordered** this 3rd day of May, 2022.

_____
Sam A. Lindsay
United States District Judge

**Order – Solo Page**