UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REBECCA SAVEAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-2822-L |
| | § | |
| KROGER TEXAS, L.P., THE KROGER CO.; and DOES 1-10, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

Please take notice that M. Jermaine Watson, Esq. of CANTEY HANGER LLP hereby enters his appearance as counsel for Rebecca Saveal in this case. Please direct and serve all further notices and copies of pleadings, papers, and other material relevant to this action to Mr. Watson at the following address:

> M. Jermaine Watson
> State Bar No. 24063055
> **CANTEY HANGER LLP**
> 600 West 6th Street, Suite 300
> Fort Worth, Texas 76102
> Phone: 817-877-2800
> Fax: 817-877-2807
> Email: jwatson@canteyhanger.com

Dated: May 16, 2022
Dallas, Texas

Respectfully submitted by,

*/s/ M. Jermaine Watson*
M. Jermaine Watson
State Bar No. 24063055
**CANTEY HANGER LLP**
600 West 6th Street, Suite 300
Fort Worth, Texas 76102

Phone: 817-877-2800<br>
Fax: 817-877-2807<br>
Email: jwatson@canteyhanger.com

**ATTORNEY FOR REBECCA SAVEAL**

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on May 16, 2022, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Pleadings* was served electronically by the Court's PACER system on all parties who have entered their appearance in this proceeding.

         */s/ M. Jermaine Watson*
          M. Jermaine Watson