# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| REBECCA SAVEAL, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:21-cv-02822-L** |
| | § | |
| THE KROGER CO; KROGER | § | |
| TEXAS L.P; and DOES 1-10, | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

On behalf of Plaintiff Rebecca Saveal, Matthew Alagha of Cantey Hanger LLP, hereby enters an appearance as attorney of record in the above-styled matter. Please provide a copy of all future pleadings, orders, notices, correspondence and other communications to Matthew Alagha and Jermaine Watson, the undersigned counsel for Plaintiff Rebecca Saveal.

Respectfully submitted,

*/s/ Matthew Alagha*
M. Jermaine Watson
State Bar No. 24063055
Matthew Alagha
State Bar No. 24094502
CANTEY HANGER LLP
600 West 6th Street,
Suite 300
Fort Worth, Texas 76102
Phone: 817-877-2800
Fax: 817-877-2807
Email: jwatson@canteyhanger.com
Email: malagha@canteyhanger.com

**ATTORNEYS FOR PLAINTIFF
REBECCA SAVEAL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance of Counsel* has been served to all counsel of record in this cause via the Court's CM/ECF electronic filing system on June 14, 2022.

David L. Barron
Nandini K. Sane
LyondellBasell Tower
Cozen O'Connor, P.C.
1221 McKinney, Suite 2900
Houston, Texas 77010

Kendall Kelly Hayden
Of Counsel
Cozen O'Connor, P.C.
1717 Main Street, Suite 3400
Dallas, TX 75201

Attorneys for Defendants

*/s/Matthew Alagha*
Matthew Alagha