# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **REBECCA SAVEAL,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:21-cv-02822-L** |
| | § | |
| **THE KROGER CO; KROGER** | § | |
| **TEXAS L.P; and DOES 1-10,** | § | |
| | § | |
| **Defendant** | § | |

## DEFENDANTS' RESPONSE TO MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

Defendants The Kroger Co. and Kroger Texas L.P. file this response to Attorney M. Jermaine Watson's Motion to Withdraw as Plaintiff's Counsel (Dkt 26), and explain to the Court that while Defendants are unopposed to Plaintiff's Counsel's request to withdraw, Defendants do not (and did not) agree to "an extension of discovery deadlines until Plaintiff could obtain counsel," as alleged in the Certificate of Conference of the Motion to Withdraw. Defendants are amenable to a reasonable extension for Plaintiff to respond to Defendants' discovery requests, up to 30 days.

Respectfully submitted,

*/s/ Nandini K. Sane*
Nandini K. Sane
Texas Bar No. 24086821
**COZEN O'CONNOR, P.C.**
LyondellBasell Tower
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214.3962
Facsimile:  (832) 214.3905

**ATTORNEYS FOR DEFENDANTS**

Kendall Kelly Hayden
Texas Bar No. 24046197
Of Counsel
1717 Main Street, Suite 3400
Dallas, TX 75201
Telephone:  (214) 462-3000
Facsimile:  (214) 462-3299

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record in this cause via ECF notification system on this August 3, 2022.

*/s/ Nandini K. Sane*
Nandini K. Sane

59003676\1

2