IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **REBECCA SAVEAL,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:21-CV-2822-L** |
| § | |
| § | |
| **KROGER TEXAS L.P.; THE KROGER** § | |
| **CO.; and DOES 1-10,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Plaintiff Rebecca Saveal's Motion to Withdraw as Plaintiff's Counsel (Doc. 26), filed August 2, 2022. Counsel for Plaintiff, M. Jermaine Watson, requests that he be allowed to withdraw as counsel for Plaintiff in this case. The court determines that the motion should be, and is hereby, **granted.** Accordingly, the court **allows** M. Jermaine Watson and the Law Office of Cantey Hanger, LLP to withdraw as counsel for Plaintiff, and he is relieved of any further obligation to or representation of Plaintiff in this case upon (1) sending Rebecca Saveal a copy of this order by regular and certified mail; (2) e-mailing Rebecca Saveal a copy of this order; and (3) filing documents with the clerk of court to show that steps one and two have been fulfilled. Once step three has been accomplished, the clerk of court shall terminate M. Jermaine Watson of the Law Office of Cantey Hanger, LLP as counsel of record in this action.

This action is **stayed** until **October 3, 2022**, to allow Plaintiff to retain new counsel. Plaintiff shall retain counsel or notify the court whether she intends to proceed *pro se* by **October 3, 2022.** If Plaintiff fails to comply with this order, the court will dismiss this action without

prejudice for failing to prosecute or comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 3rd day of August, 2022.

Sam A. Lindsay
United States District Judge