# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 OCT -3 PM 3:17

DEPUTY CLERK __MS__

Rebecca A Saveal
**Plaintiff**

v.

KROGER
**Defendant**

Case Number  3:21-cv-02822-L

I am filing this motion to let court know, I am Pro Se representation. I have read the handbook per website and familiarized myself with rules pertaining to this decision.

\* Attach additional pages as needed.

Date: 10-3-2022

Signature: Rebecca A Saveal

Print Name: Rebecca A. Saveal

Address: P.O. Box 216

City, State, Zip: Blue Ridge TX 75424

Telephone: 817-534-3252